IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLENNA LEWIS, as Personal
Representative of the estate of
Mark Anthony Harris
1605 F Street, N.E., Apt #2
Washington, D.C. 20002
Plaintiff,

v.

THE DISTRICT OF COLUMBIA
Serve:
Mayor Adrian Fenty
Office of the Secretary
John A. Wilson Building
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

and

Linda Singer, Attorney General
Office of the Attorney General
441 Fourth Street, N.W.
Washington, D.C. 20001

and

CALVIN GREEN
9309 Pine View Lane
Clinton, MD 20735
Defendants.

Civil Case No.

**COMPLAINT**

COMES NOW, Plaintiff Glenna Lewis, as personal representative of Mark Anthony Harris, by and through her attorneys, Geralyn R. Lawrence and Gregory Lattimer, and in support of this complaint alleges as follows:

Law Offices of
Geralyn R. Lawrence PC
Inglewood Business Park I
9200 Basil Ct., Suite 301
Largo, MD 20774
(301) 925-2525

**INTRODUCTION**

1. This is a civil action brought pursuant to 42 U.S.C. § 1983 seeking damages against the defendant for committing acts under color of law which deprived Plaintiff of rights secured under the Constitution and laws of the United States and the District of Columbia.

2. In addition, it is a civil action seeking damages against the defendant for Assault and Battery; Negligent Hiring, Training and Supervision; Negligent Infliction of Emotion Distress and Intentional Infliction of Emotional Distress. Such actions are pursuant to the District of Columbia's Survival Statute, D.C. Code §§ 12-101 *et. seq.* and the District of Columbia's Wrongful Death Act, 16-2701 *et. seq.*.

**JURISDICTION**

3. Jurisdiction of this Court is invoked pursuant to the Fifth and Fourteenth Amendments to the Constitution, and under 42 U.S.C. § 1983; and under D. C. Code §§ 11-921 and 13-422, *et seq.*.

4. The District of Columbia was given notice of this claim pursuant to D.C. Code § 12-309 in June, 2007. Moreover, a police report pertaining to the tortuous incident alleged herein was also prepared.

**PARTIES**

5. The Plaintiff, Glenna Lewis was at all times relevant herein a resident of the District of Columbia and is the mother of Mark Anthony Harris, the Decedent upon whose death this case is based, and a citizen of the United States.

6. Calvin Green was at all times relevant herein an employee of St. Elizabeth Hospital acting within the scope of his employment.

Law Offices of
Geralyn R. Lawrence PC
Inglewood Business Park I
9200 Basil Ct., Suite 301
Largo, MD 20774
(301) 925-2525

7. Defendant District of Columbia is a municipal corporation organized pursuant to the laws of the United States which owned and operated St. Elizabeth's Hospital, a hospital licensed and qualified to render medical care to psychiatric patients in the District of Columbia.

8. At all times relevant herein, the Defendant District of Columbia was responsible under the doctrine of respondent superior for the negligent acts and/or intentional acts of its employees, agents and/or servants, committed in the scope of their employment at St. Elizabeth's Hospital.

9. This action is brought by Glenna Lewis, the sole surviving heir of the decedent and the personal representative of the estate of Mark Anthony Harris, deceased.

**FACTS**

10. The Decedent Mark Anthony Harris suffered from psychiatric disorders and was involuntarily committed to St. Elizabeth's Hospital for treatment of his condition.

11. On or about January 9, 2007, the Decedent Mark Anthony Harris was accosted and viciously restrained by the orderlies, assistants, nurses and/or employees of St. Elizabeth's Hospital.

12. These orderlies, assistants, nurses and/or employees of St. Elizabeth's Hospital so viciously restrained and asphyxiated Decedent Mark Anthony Harris that he suffered a heart attack.

Law Offices of
Geralyn R. Lawrence PC
Inglewood Business Park I
9200 Basil Ct., Suite 301
Largo, MD 20774
(301) 925-2525

13. Following the assault and improper restraint, an ambulance was called to St. Elizabeth's Hospital to administer to Mr. Harris. Mark Anthony Harris was

next transported by ambulance to Greater Southeast Community Hospital in Washington, D.C..

14. As a result of the vicious, wanton assault and improper restraint by employees of St. Elizabeth's Hospital, the Decedent Mark Anthony Harris suffered conscious excruciating pain and suffering before his death.

15. Thereafter, as a direct and proximate result of the actions of St. Elizabeth's Hospital and the District of Columbia, Mark Anthony Harris ultimately died as a result of the injuries he sustained on or about January 9, 2007 from agents of the Defendant. Such death was as a direct and proximate result of the total disregard for the safety of patients housed at St. Elizabeth's hospital which was and continues to be displayed by the District of Columbia.

**COUNT I**
**(Deprivation of Civil Rights- 42 U.S.C. § 1983;**
**Due Process Violation of the Fifth and Fourteenth Amendments)**

16. The Plaintiff incorporates by reference the allegations set forth in Paragraphs 1 through 15 of this Complaint as if fully alleged herein.

17. The Decedent Mark Anthony Harris, as an involuntarily committed individual in the custody of the Defendant District of Columbia, had a constitutionally protected liberty interest in safety, freedom of movement and minimally adequate training within St. Elizabeth's Hospital.

18. The Decedent Mark Anthony Harris had a constitutionally protected right as an involuntarily committed individual in the custody of the Defendant District of Columbia to conditions of reasonable care and reasonable safety, reasonably

Law Offices of
Geralyn R. Lawrence PC
Inglewood Business Park I
9200 Basil Ct., Suite 301
Largo, MD 20774
(301) 925-2525

nonrestrictive confinement conditions, freedom from unreasonable restraint and such adequate training as may be required by these interests.

19. The Defendant District of Columbia had an affirmative duty of care and protection to the Decedent Mark Anthony Harris.

20. The Defendant District of Columbia expressed a deliberate indifference to, and/or reckless disregard for Decedent Mark Anthony Harris' right to life, personal security as well as adequately trained staff to provide for his serious medical and psychological needs.

21. The Defendant District of Columbia acting under color of law and with deliberate indifference to and reckless disregard for his safety and well-being and in violation of his rights under the Due Process Clause of the Fifth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983, did on or about January 9, 2007, allow to be committed acts which deprived Mark Anthony Harris of his constitutional rights of minimally adequate care and freedom from undue restraint and seizure by implementing and/or executing inadequate policies, practices, procedures and/ or customs relating to the care, treatment, and commitment of patients at St. Elizabeth's Hospital.

22. Such policies and/or customs of the Defendant District of Columbia caused the physical pain, severe mental anguish and ultimate death of Decedent Mark Anthony Harris.

WHEREFORE, Plaintiff Glenna Lewis, as personal representative of the Estate of Mark Anthony Harris, demands judgment against Defendant District of Columbia and Defendant Calvin Green, in the full and just amount of five million

Law Offices of
Geralyn R. Lawrence PC
Inglewood Business Park I
9200 Basil Ct., Suite 301
Largo, MD 20774
(301) 925-2525

dollars ($5,000,000.00), plus punitive damages to the extent allowed by law, interest and costs.

**COUNT II-**
**(Assault and Battery)**

23. Plaintiff incorporates by reference the allegations set forth in Paragraphs 1-22 as if fully alleged herein.

24. At all times material herein, Defendant District of Columbia, through its personnel at St. Elizabeth's Hospital and without proper grounds, willfully and maliciously attacked Decedent Mark Anthony Harris without just cause while he was an involuntarily committed patient under the professional care of the District of Columbia.

25. As a direct and proximate result of the willful, malicious and intentional actions of the Defendant District of Columbia by and through its employees, agents and/or servants at St. Elizabeth's Hospital, the Decedent Mark Anthony Harris suffered unjustified, painful fatal injuries, mental anguish, loss of enjoyment of life and medical expenses.

WHEREFORE, Plaintiff Glenna Lewis, as personal representative of the Estate of Mark Anthony Harris, demands judgment against the Defendant District of Columbia and Defendant Calvin Green in the full and just amount of two million dollars ($2,000,000.00), plus punitive damages to the extent allowed by law, interest and costs.

Law Offices of
Geralyn R. Lawrence PC
Inglewood Business Park I
9200 Basil Ct., Suite 301
Largo, MD 20774
(301) 925-2525

**COUNT III**
**(Negligent Hiring, Training and Supervision,)**

26. The Plaintiff incorporates by reference the allegations set forth in Paragraphs 1 through 25 of this Complaint as if fully alleged herein.

27. At all times material herein, Decedent Mark Anthony Harris was under the professional care of the Defendant District of Columbia through its employees, agents and/or servants as an involuntarily committed patient at St. Elizabeth's Hospital.

28. At all times relevant herein, personnel at St. Elizabeth's Hospital, were acting under the direction and control of the Defendant District of Columbia and pursuant to the rules, regulations, policies and procedures put in place by the Defendant District of Columbia.

29. At all times relevant herein, there was an applicable standard of care which applied to the hiring, training and supervision of individuals employed in the care, treatment and supervision of psychiatric patients.

30. At all times material herein, Defendant had a duty to the decedent to exercise reasonable care in the hiring, training and supervision of its employees as well as the application of the District's policies and practices and those generally accepted under federal law, local law and the Constitution of the United States.

31. Nevertheless, the Defendant, by and through its employees, agents and/or servants, acted negligently, carelessly and recklessly with a totally and deliberately disregard for the medical and psychological needs of the decedent by failing in its duty of care by acts and/or omissions including, but not limited to, failing to properly and sufficiently staff its hospitals with appropriate individuals, failing to properly and adequately train its employees, failing to provide adequate

Law Offices of
Geralyn R. Lawrence PC
Inglewood Business Park I
9200 Basil Ct., Suite 301
Largo, MD 20774
(301) 925-2525

and appropriate supervision of its employees, failing to adequately control, direct and monitor its agents in their duties and responsibilities and condoning conduct by its employees/ agents with respect to the substandard treatment and supervision of psychiatric patients which violated the District of Columbia's own policies and practices, applicable court orders, the Constitution of the United States and the generally accepted policies and practices.

32. As a direct and proximate result of the Defendant's negligent, careless, reckless supervision and negligent acts and omissions, Decedent Mark Anthony Harris was wrongfully and excessively attacked and asphyxiated at St. Elizabeth's Hospital. He suffered severe trauma before succumbing to what were fatal injuries.

33. As a direct and proximate result of these acts and omissions of Defendant District of Columbia, Decedent Mark Anthony Harris was wrongfully and unlawfully attacked, restrained and brutalized while at St. Elizabeth's Hospital.

WHEREFORE, Plaintiff Glenna Lewis, as personal representative of the Estate of Mark Anthony Harris, demands judgment against Defendant, the District of Columbia and Defendant Calvin Green, in the full and just amount of two million dollars ($2,000,000.00), plus punitive damages to the extent allowed by law, interest, and costs.

**COUNT IV**
**(Negligent Infliction of Emotional Distress)**

Law Offices of
Geralyn R. Lawrence PC
Inglewood Business Park I
9200 Basil Ct., Suite 301
Largo, MD 20774
(301) 925-2525

34. The Plaintiff incorporates by reference the allegations set forth in Paragraphs 1 through 33 of this Complaint as if fully alleged herein.

35. Defendant District of Columbia through its agents, employees of St. Elizabeth's Hospital, caused severe emotional distress to the decedent Mark Anthony

Harris by its negligent conduct, including but not limited to engaging in a senseless and excessive physical attack upon the person of the decedent Mark Anthony Harris which directly led to his fatal injuries.

36. As a further direct and proximate result of the negligent, excessive and assaultive acts and omissions of the defendant, the Decedent sustained fatal injuries, mental anguish, emotional distress and pain and suffering prior to his death.

37. As a direct and proximate result of the negligent acts and omissions of the Defendant District of Columbia, the estate of Mark Anthony Harris has been deprived of all probable future earnings of the decedent.

38. As such Glenna Lewis demands all damages recoverable including damages for losses including but not limited to future financial earnings, other contributions and gifts Decedent could be expected to have made to his beneficiary as well as medical expenses and conscious pain and suffering for the negligence of the Defendant.

WHEREFORE, Plaintiff Glenna Lewis, as personal representative of the Estate of Mark Anthony Harris, demands judgment against Defendant District of Columbia and Defendant Calvin Green, in the full and just amount of two million dollars ($2,000,000.00), plus punitive damages to the extent allowed by law, interest and costs.

Law Offices of
Geralyn R. Lawrence PC
Inglewood Business Park I
9200 Basil Ct., Suite 301
Largo, MD 20774
(301) 925-2525

**COUNT V**
**( Intentional Infliction of Emotional Distress)**

39. The Plaintiff incorporates by reference the allegations set forth in Paragraphs 1 through 38 of this Complaint as if fully alleged herein.

40. Defendant District of Columbia, by and through its agents and/or employees at St. Elizabeth's Hospital, intentionally caused severe emotional distress to the decedent Mark Anthony Harris by its extremely reckless and indifferent conduct, including but not limited to engaging in a senseless and excessively physical attack upon the person of the decedent Mark Anthony Harris which directly led to his fatal injuries.

41. As a further direct and proximate result of this intentionally reckless, indifferent, and assaultive conduct, the Decedent sustained severe pain, emotional distress, mental anguish, fatal injuries, and pain and suffering prior to his death.

42. As such Glenna Lewis demands all damages recoverable including substantial damages for losses including but not limited to future financial earnings, other contributions and gifts Decedent could be expected to have made to his beneficiary, medical expenses and conscious pain and suffering, as well as other damages recoverable under the act for the intentional acts and/or omissions of the Defendant.

WHEREFORE, Plaintiff Glenna Lewis, as personal representative of the Estate of Mark Anthony Harris, demands judgment against Defendant District of Columbia and Defendant Calvin Green, in the full and just amount of two million dollars ($2,000,000.00), plus punitive damages to the extent allowed by law, interest and costs.

Law Offices of
Geralyn R. Lawrence PC
Inglewood Business Park I
9200 Basil Ct., Suite 301
Largo, MD 20774
(301) 925-2525

**COUNT VI**
**(Survival Act)**

43. The Plaintiff incorporates by reference the allegations set forth in Paragraphs 1 through 42 of this Complaint as if fully alleged herein.

44. Pursuant to the survival act, D.C. Code § 12-101, the decedent's right of action for wrongful and negligent conduct against defendants survives in favor of Glenna Lewis, the legal representative of the deceased. Plaintiff, Glenna Lewis, demands all damages recoverable under the Act including substantial damages for loss of future wages, medical expenses and conscious pain and suffering, as well as any other damages recoverable under the Act.

WHEREFORE, Plaintiff Glenna Lewis, as personal representative of the Estate of Mark Anthony Harris, demands judgment against Defendant District of Columbia and Defendant Calvin Green, in the full and just amount of five million dollars ($5,000,000.00), plus punitive damages to the extent allowed by law, interest and costs.

**COUNT VII**
**(Wrongful Death)**

45. The Plaintiff incorporates by reference the allegations set forth in Paragraphs 1 through 44 of this Complaint as if fully alleged herein.

46. The Plaintiff's claims under common law negligence are actionable under the Wrongful Death Act, D.C. Code § 16-2701.

47. As a direct result of the negligence or wrongful acts of the Defendants, Plaintiff and the next of kin of the decedent, incurred burial expenses, loss of the pecuniary value of services expected to be performed by the decedent and other damages recoverable under the Act.

WHEREFORE, Plaintiff Glenna Lewis, as personal representative of the Estate of Mark Anthony Harris, demands judgment against Defendant District of Columbia and Defendant Calvin Green, in the full and just amount of five million

Law Offices of
Geralyn R. Lawrence PC
Inglewood Business Park I
9200 Basil Ct., Suite 301
Largo, MD 20774
(301) 925-2525

dollars ($5,000,000.00), plus punitive damages to the extent allowed by law, interest and costs.

**JURY DEMAND**

Plaintiff demands a trial by jury on each and every issue presented.

Respectfully submitted,

By: ______________________
Geralyn R. Lawrence, # 435145
The Law Office of
Geralyn R. Lawrence, PC
Inglewood Business Park I
9200 Basil Court, Suite 301
Largo, MD 20774
(301) 925 – 2525
AttorneyGeralynLawrence@yahoo.com

By: ______/s/______________
Gregory Lattimer, # 371926
The Law Office of
Gregory Lattimer, LLC
1100 H Street, N.W., Suite 920
Washington, D.C. 20005
(202) 638 - 0095
LattLaw@aol.com

Counsels for the Plaintiff

Law Offices of
Geralyn R. Lawrence PC
Inglewood Business Park I
9200 Basil Ct., Suite 301
Largo, MD 20774
(301) 925-2525

07-1663 ESH

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

GLENNA LEWIS as personal representative of the estate of Mark Anthony Harris

**DEFENDANTS**

DISTRICT OF COLUMBIA & CALVIN GREEN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Geralyn R. Lawrence, Inglewood Business Park I 9200 Basil Ct,Ste 301,LargoMD20774,301-925-2525. & Attorney Gregory Lattimer,1100 H St NW, Ste 920, Washington, D.C. 20005 (202)638-0095

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-01663
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/20/2007
Description: Civil Rights-Non-Employ.

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ⦿ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**○ A. *Antitrust***

- ☐ 410 Antitrust

**○ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. *General Civil (Other)*** OR **○ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(3)

**G. Habeas Corpus/ 2255**

- [ ] 530 Habeas Corpus-General
- [ ] 510 Motion/Vacate Sentence

**H. Employment Discrimination**

- [ ] 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)

*(If pro se, select this deck)*

**I. FOIA/PRIVACY ACT**

- [ ] 895 Freedom of Information Act
- [ ] 890 Other Statutory Actions (if Privacy Act)

*(If pro se, select this deck)*

**J. Student Loan**

- [ ] 152 Recovery of Defaulted Student Loans (excluding veterans)

**K. Labor/ERISA (non-employment)**

- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Labor Railway Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**(X) L. Other Civil Rights (non-employment)**

- [ ] 441 Voting (if not Voting Rights Act)
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [X] 440 Other Civil Rights
- [ ] 445 American w/Disabilities-Employment
- [ ] 446 Americans w/Disabilities-Other

**M. Contract**

- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholder's Suits
- [ ] 190 Other Contracts
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**N. Three-Judge Court**

- [ ] 441 Civil Rights-Voting (if Voting Rights Act)

**V. ORIGIN**

(X) 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 U.S.C. 1983 Wrongful Death of a Patient at St. Elizabeth's Hospital/ District of Columbia caused by employee Calvin Green

**VII. REQUESTED IN COMPLAINT** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** 5,000,000.00 Check YES only if demanded in complaint **JURY DEMAND:** YES [X] NO [ ]

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES [ ] NO [X] If yes, please complete related case form.

DATE 9/20/07 SIGNATURE OF ATTORNEY OF RECORD [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.