AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GLENNA LEWIS as personal representative of the Estate of Mark Anthony Harris

Plaintiff,

V.

DISTRICT OF COLUMBIA, and

CALVIN GREEN

Defendants.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01663
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/20/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

DISTRICT OF COLUMBIA: Serve
Linda Singer, Attorney General
Office of the Attorney General
441 Fourth Stree, N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney Geralyn R. Lawrence, Inglewood Business Park I
9200 Basil Ct, Ste 301, Largo, MD 20774, 301-925-2525
&
Attorney Gregory Lattimer, 1100 H Street, N.W., Ste 920
Washington, D.C. 20005, 202-638-0095

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

SEP 20 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  01 Oct 2007 |
| NAME OF SERVER (PRINT)  Maryam A.W. Muhammad | TITLE  Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served to Linda Singer for the District of Columbia and was accepted by Ms. Darlene Fields

### STATEMENT OF SERVICE FEES

| TRAVEL  35 mins | SERVICES  Docs ID 25 mins | TOTAL  60 mins |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01 Oct 07
Date

Signature of Server

Address of Server: PO Box 3206, Wash, DC 20010

District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of October, 2007
_____
Notary Public, D.C.
My Commission Expires _____

Sara Childress
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires February 14, 2009

RECEIVED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# UNITED STATES DISTRICT COURT
## District of Columbia

*SECRETARY OF D.C.*
*2007 SEP 31 P 3: 34*

GLENNA LEWIS as personal representative
of the Estate of Mark Anthony Harris

Plaintiff,

V.

DISTRICT OF COLUMBIA, and

CALVIN GREEN

Defendants.

**SUMMONS IN A CIVIL CASE**

*Anlethia Thompson*

Case: 1:07-cv-01663
CASE   Assigned To : Huvelle, Ellen S.
Assign. Date : 9/20/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

DISTRICT OF COLUMBIA: Serve
Mayor Adrian Fenty
Office of the Secretary, John A Wilson Building
1350 Pennsylvania Ave. N.W.
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney Geralyn R. Lawrence, Inglewood Business Park I
9200 Basil Ct, Ste 301, Largo, MD 20774, 301-925-2525
&
Attorney Gregory Lattimer, 1100 H Street, N.W., Ste 920
Washington, D.C. 20005, 202-638-0095

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 20 2007
CLERK                                                                       DATE

*Maureen Higgins*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 31 sept 07 |
| NAME OF SERVER (PRINT) MARYAM A. W. Muhammad | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served personally upon Mayor Adrian Fenty and Accepting for him Ms Aleethia Thompson

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 68 mins | SERVICES 14 mins | TOTAL 82 mins |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  31 sept 07       _[signature]_
                Date             Signature of Server

PO Box 3206
Washington DC 20010
Address of Server

District of Columbia:SS
Subcribed and Sworn to before me
this 17th day of October, 2007
_[signature]_
Notary Public, D.C.
My Commission Expires
Sara Childress
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires February 14, 2009

RECEIVED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.