UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GLENNA LEWIS as Personal Representative of the Estate of Mark Anthony Harris, | : : : : : |
| Plaintiff, | : : |
| v. | No. 1:07cv01663 (ESH) |
| DISTRICT OF COLUMBIA, *et al.*, | : : : |
| Defendants. | : : |

CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT DISTRICT
OF COLUMBIA TO FILE ITS RESPONSE TO THE COMPLAINT

Defendant District of Columbia, by and through the Office of the Attorney General for the District of Columbia, hereby moves this Court pursuant to Fed. R. Civ. Pro. 6 (b) (1) and LCvR 7 for an order extending the deadline for the District to file its response to the complaint from October 22, 2007 up to and including November 22, 2007.  In support of this motion the District states the following:

1.   This case arises out of the death of Mark Lewis who was a patient at Saint Elizabeth's Hospital.

2.   District's response to the complaint is due on October 22, 2007.

3.   This case was just assigned to undersigned counsel.

4.   Undersigned counsel will be in trial the week October 22, 2007.

5. In order to file an appropriate response to the complaint records relevant to this matter have been requested from Saint Elizabeth's Hospital and additional time to file a response to the complaint is needed.

6. This is the District's first request for an extension of time and this request is being made prior to the date a response to the complaint is due.

7. Counsel for plaintiff has consented to this motion and, therefore, plaintiff will not be prejudiced if this motion is granted.

                    Respectfully submitted,

                    LINDA SINGER
                    Attorney General for the
                    District of Columbia

                    GEORGE VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

                    /s/NICOLE L. LYNCH/s/_____
                    NICOLE L. LYNCH [471953]
                    Chief Civil Litigation Division Section II

                    /s/David A. Jackson/s/_____
                    DAVID A. JACKSON [471535]
                    Assistant Attorney General
                    Office of the Attorney General
                    441 Fourth Street, NW, 6 South
                    Washington, D.C.  20001
                    Direct Line: (202) 724-6618
                    Facsimile: (202) 727-3625
                    E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENNA LEWIS as Personal Representative of the Estate of Mark Anthony Harris,<br><br>             Plaintiff,<br><br>      v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>             Defendants. | No. 1:07cv01663 (ESH) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT DISTRICT OF COLUMBIA TO FILE ITS RESPONSE TO THE COMPLAINT

1.   Fed. R. Civ. Pro. 6 (b) (1).

2.   LCvR 7.

3.   The consent of counsel for plaintiff.

4.   The entire record herein.

5.   The inherent powers of this Court.

   WHEREFORE, Defendant District of Columbia respectfully moves this Court to grant the instant motion.

                              Respectfully submitted,

                              LINDA SINGER
                              Attorney General for the
                              District of Columbia


                              GEORGE VALENTINE
                              Deputy Attorney General

3

Civil Litigation Division

/s/NICOLE L. LYNCH/s/
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GLENNA LEWIS as Personal Representative of the Estate of Mark Anthony Harris,<br><br>   Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants. | No. 1:07cv01663 (ESH) |

## **PROPOSED ORDER**

Upon consideration of Defendant District of Columbia's Consent Motion to Extend Time to File Its Response to the Complaint, the Memorandum of Points and Authorities in Support thereof, the consent of counsel for Plaintiff, and the entire record herein, it is this _____ day of October , 2007,

  ORDERED that the Defendant's Motion is GRANTED; and further

  ORDERED that the Defendant's response to the complaint shall be filed on or before November 22, 2007.


               _____
               Judge Ellen S. Huvelle
               United States District Court
               District of Columbia