DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

GLENNA LEWIS as personal representative
of the Estate of Mark Anthony Harris

Plaintiff,

V.

DISTRICT OF COLUMBIA, and

CALVIN GREEN

Defendants.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01663
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/20/2007
Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

CALVIN GREEN
9309 Pine View Lane
Clinton, MD 20735

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Attorney Geralyn R. Lawrence, Inglewood Business Park I
9200 Basil Ct, Ste 301, Largo, MD 20774, 301-925-2525
&
Attorney Gregory Lattimer, 1100 H Street, N.W., Ste 920
Washington, D.C. 20005, 202-638-0095

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SEP 20 2007

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/25/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MARYAM Abdul Wakeel Muhammad | Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: OUTSIDE OF 500 INDI AVE NW

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 30 mins | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/25/07
Date

Signature of Server

PO Box 3206
Washington DC 20010
Address of Server

District of Columia:SS
Subcribed and Sworn to before me
this __ day of November, 2007

Notary Public, D.C.
My Commission Expires _____

Sara Childress
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires February 14, 2009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.