UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GLENNA LEWIS as the personal representative of the Estate of Mark Anthony Harris | : : : : : | |
| Plaintiffs, | : : | Civil Action No. 07-01663 (ESH) |
| v. | : : : | |
| DISTRICT OF COLUMBIA et al., | : : | |
| Defendants. | : : | |

## LOCAL CIVIL RULE 16.3 STATEMENT

Pursuant to LCvR 16.3(d), the parties hereby submit their joint report, which outlines the parties' stances with respect to the thirteen (13) enumerated matters set forth in LCvR 16.3(c) and the Court's Standing Order for Initial Scheduling Conference, and their proposal for scheduling this matter. In conformity with LCvR 16.3(a), plaintiffs' counsel and defendant's counsel met telephonically, and conferred on all relevant matters. As a result of that meeting, the parties submit the following joint report:

## STATEMENT OF THE CASE

This is a civil action which arose from the death of Mark Anthony Harris at St. Elizabeth's Hospital when he was restrained. The plaintiff alleges that the decedent was assaulted and improperly restrained and that was the cause of his death. Defendant Green has been indicted and is awaiting trial on the charge of voluntary manslaughter. Without waiving any defenses available under the Federal Rules of Civil Procedure or otherwise, defendant

District of Columbia denies having any involvement and/or responsibility for the death of Mr. Harris and otherwise denies any and all liability arising therefrom. Defendant Green, although served, has failed to file an answer to the complaint.

### **LCvR 16.3(c) MATTERS DISCUSSED BY THE PARTIES**

1. Plaintiff does not believe that this matter will be disposed of by dispositive motion. The District believes that the case may be resolved by dispositive motion and reserves the right to file the appropriate motion.

2. It is not anticipated that the plaintiff will amend her pleadings or join additional parties. However, such action, if taken, shall be done within forty-five days of the Court's scheduling order. Defendant District of Columbia does not anticipate amending its pleadings.

3. The plaintiff has no objection to assigning this matter to a Magistrate Judge for all purposes including trial, whereas the defendant prefers the matter stay with a District Judge.

4. There have been no settlement discussions between the parties..

5. The plaintiff is of the belief that this case would significantly benefit from ADR at this time.

6. The defendant may file motion(s) for summary judgment or other dispositive motion(s) within thirty (30) days of the close of discovery.

7. The parties submit that the initial disclosure provisions of Fed. R. Civ. P. 26(a)(1) shall apply in this case.

8. The plaintiff proposes that discovery proceed for a period of one hundred and twenty (120) days, and that fifteen (15) depositions and twenty-five (25) interrogatory questions be allowed. The District proposes that depositions be limited to ten (10) per side.

9. The parties submit that there should be a modification of Rule 26(a)(2), to allow for plaintiff's expert(s) to be named sixty (60) days after entry of a scheduling order in this case. Defendant would then name their expert(s) thirty (30) days thereafter and all expert depositions would be concluded by the close of the discovery period. Within thirty (30) days following the close of discovery, all dispositive motions shall be filed. With respect to any such motions, the parties request a hearing.

10. Not Applicable.

11. The parties do not believe that discovery in this case should be bifurcated or managed in phases.

12. The parties propose that a pretrial conference be set for no sooner than thirty (30) days after the close of all discovery or ruling on any dispositive motions filed by defendant after the close of discovery.

13. The plaintiffs propose that a firm trial date in October, 2008 be scheduled for this matter, whereas the defendant proposes that a trial date be scheduled at the pretrial conference in this matter.

    Respectfully Submitted,

    GREGORY L. LATTIMER, [371926]
    1100 H Street, N.W.
    Suite 920
    Washington, D.C. 20005
    Tel. (202) 638-0095
    E-mail: Lattlaw@aol.com

GERALYN R. LAWRENCE, # 435145
The Law Office of Geralyn R. Lawrence, PC
Inglewood Business Park I
9200 Basil Court, Suite 301
Largo, MD  20774
(301) 925 – 2525
E-mail: AttorneyGeralynLawrence@yahoo.com

Attorneys for the Plaintiff


PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Nicole L. Lynch
NICHOL LYNCH [471953]
Chief, General Litigation Section II


/s/ David A. Jackson
DAVID A. JACKSON [471535]
Assistant Attorney General
441 Fourth Street, N.W
Suite 6S087                                                                                       .
Washington, D.C. 20001
(202) 724- 6618
(202) 727-3625 (fax)
E-mail:  davida.jackson@dc.gov
Attorney for the District of Columbia