UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| GLENNA LEWIS<br>As Personal Representative of the<br>Estate of Mark Anthony Harris<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DISTRICT OF COLUMBIA, et. al.<br><br>　　　　　　　Defendants. | Case No. 1:07-cv-01663 (ESH)<br><br>Judge: Ellen S. Huvelle<br>Next Event: July 24, 2008 @ 9:30 am<br>(Status Hearing) |

NOTICE OF APPEARANCE FOR DEFENDANT CALVIN GREEN

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant CALVIN GREEN.

　　　　　　　　　/s/ Paula D. Scott /s/
　　　　　　　Paula D. Scott,　DC Bar #256292
　　　　　　　Public Defender Service for the District of Columbia
　　　　　　　633 Indiana Avenue, NW
　　　　　　　Washington, DC  20004
　　　　　　　Tel # (202) 824-2834
　　　　　　　Fax # (202) 824-2131
　　　　　　　Pscott@pdsdc.org

January 11, 2008

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served via electronic case filing and US Mail, First Class postage prepaid, this 11th day of January, 2008 to the following counsel of record:

Gregory L. Lattimer
LAW OFFICES OF GREGORY L. LATTIMER, PLLC
1100 H Street, NW, Suite 920
Washington, DC 20005
lattlaw@aol.com

Geralyn R. Lawrence
LAW OFFICES OF GERALYN R. LAWRENCE, P.C.
9200 Basil Court, Suite 301
Largo, MD 20774
AttorneyGeralynLawrence@yahoo.com

David A. Jackson
DISTRICT OF COLUMBIA OFFICE OF
THE ATTORNEY GENERAL
441 4TH Street, NW
6th Floor South
Washington, DC 20001
davida.jackson@dc.gov

/s/ Paula D. Scott /s/
Paula D. Scott, DC Bar # 956292