UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLENNA LEWIS as the personal representative of the Estate of Mark Anthony Harris** : : : : : | |
| Plaintiffs, : | Civil Action No. 07-2044 (ESH) |
| v. : : | |
| **DISTRICT OF COLUMBIA et al.,** : : | |
| Defendants. : : | |

**PLAINTIFF'S CONSENT MOTION TO MODIFY THE SCHEDULING ORDER**

Come now the plaintiff, by and through counsel, and hereby moves this Court for an order modifying the scheduling order issued in this case. In support thereof, plaintiff avers as follows:

1. On January 11, 2008, the Court issued a scheduling order setting forth the following dates: discovery closes July 11, 2008, plaintiff's Rule 26(a)(2)(B) expert report due by April 11, 2008; defendants' Rule 26(a)(2)(B) expert due by June 11, 2008 and a status conference scheduled for July 24, 2008.

2. To date, defendant Green has not answered the complaint. In addition, counsel for plaintiff and the District of Columbia have engaged in some settlement negotiations, during which the parties have not aggressively pursued discovery. Inasmuch as it does not appear that the parties will settle this matter at this stage of the proceeding, it is necessary to extend the deadlines set forth in the scheduling order for a period of sixty (60) days so that complete and proper discovery can occur in this case.

3. Accordingly, plaintiff is seeking to modify the scheduling order as follows:

Discovery closes: September 11, 2008

Plaintiff's Rule 26(a)(26)(B) Expert Report due: June 11, 2008

Defendants' Rule 26(a)(26)(B) Expert Report due: August 11, 2008

Status Hearing: to be scheduled in September, 2008.

4. Undersigned counsel's office contacted David Jackson, counsel for the District of Columbia and Paula D. Scott, counsel for Calvin Green, who indicated that defendants consent to the relief requested herein.

Wherefore for the reasons set forth herein and in the record of this proceeding, the court is urged to issue an order modifying the scheduling order by extending the deadlines set forth therein for a period of sixty (60) days and to continue the status hearing until after the close of discovery.

Respectfully submitted,

Gregory L. Lattimer [371926]
1100 H Street, N.W., Suite 920
Washington, D.C. 20005
(202) 638-0095
(202) 638-0091
Lattlaw@aol.com

Geralyn R. Lawrence, [435145]
The Law Office of Geralyn R. Lawrence, PC
Inglewood Business Park I
9200 Basil Court, Suite 301
Largo, MD  20774
(301) 925 – 2525
AttorneyGeralynLawrence@yahoo.com

Attorneys for the Plaintiff