UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLENNA LEWIS as the personal representative of the Estate of Mark Anthony Harris** : : : : : | |
| Plaintiffs, : | Civil Action No. 07-2044 (ESH) |
| v. : : | |
| **DISTRICT OF COLUMBIA et al.**, : : | |
| Defendants. : : | |

### PLAINTIFF'S SECOND CONSENT MOTION TO MODIFY THE SCHEDULING ORDER

Comes now the plaintiff, by and through counsel, and hereby moves this Court a second time for an order modifying the scheduling order issued in this case. In support thereof, plaintiff avers as follows:

1. On January 11, 2008, the Court issued a scheduling order setting forth the following dates: discovery closes July 11, 2008, plaintiff's Rule 26(a)(2)(B) expert report due by April 11, 2008; defendants' Rule 26(a)(2)(B) expert due by June 11, 2008 and a status conference scheduled for July 24, 2008.

2. On April 15, 2008 the Court issued an order, at the request of the plaintiff, revising the original scheduling order as follows: Discovery closes: September 11, 2008, Plaintiff's Rule 26(a)(26)(B) Expert Report due: June 11, 2008, Defendants' Rule 26(a)(26)(B) Expert Report due: August 11, 2008, Status Hearing: September 18, 2008.

3. To date, the District of Columbia has not answered plaintiff's discovery although if not mailed today, the discovery responses are to be hand-delivered tomorrow, June 12, 2008.

4. Accordingly, plaintiff is seeking to modify the scheduling order one final time as follows:

Discovery closes: October 26, 2008;

Plaintiff's Rule 26(a)(26)(B) Expert Report due: July 26, 2008;

Defendants' Rule 26(a)(26)(B) Expert Report due: September 10, 2008;

Status Hearing: November 3, 2008.

4. Undersigned counsel contacted David Jackson, counsel for the District of Columbia and attempted to contact Paula D. Scott, counsel for Calvin Green without success. Mr. Jackson indicates that the District of Columbia consents to the relief requested herein.

Wherefore for the reasons set forth herein and in the record of this proceeding, the court is urged to issue an order modifying the scheduling order by extending the deadlines set forth therein for a period of forty-five (45) days and to continue the status hearing until after the close of discovery as noted above.

Respectfully submitted,

Gregory L. Lattimer [371926]
1100 H Street, N.W., Suite 920
Washington, D.C. 20005
(202) 638-0095
(202) 638-0091
Lattlaw@aol.com

Geralyn R. Lawrence, [435145]
The Law Office of Geralyn R. Lawrence, PC
Inglewood Business Park I
9200 Basil Court, Suite 301
Largo, MD 20774
(301) 925 – 2525
AttorneyGeralynLawrence@yahoo.com

Attorneys for the Plaintiff